of Appeals for the Fifth Circuit denied. *Mr. A. K. Shipe* for petitioner. No appearance for respondent.

No. 974. HELLER *v.* UNITED STATES. May 31, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Giles F. Clark* for petitioner. No appearance for the United States.

No. 975. ROXBURGHE *v.* BURNET, COMMISSIONER OF INTERNAL REVENUE. May 31, 1932. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. George M. Morris* and *Frederick L. Pearce* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, Sewall. Key,* and *John MacC. Hudson* for respondent.